297 S.E.2d 399 (1982)
307 N.C. 127
Donald J. CAMERON, D.P.M., N.F. Costin, D.P.M., and Podiatry Associates of Wilmington, P.A.
v.
NEW HANOVER MEMORIAL HOSPITAL, INC., et al.
Supreme Court of North Carolina.
November 3, 1982.
Smith, Moore, Smith, Schell & Hunter, Greensboro, for plaintiffs.
Ward & Smith, New Bern, for hospital.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, for Dineen and Thomas.
Plaintiffs' notice of appeal and petition for discretionary review under G.S. § 731, 58 N.C.App. 414, 293 S.E.2d 901. Defendants' motion to dismiss the appeal for lack of substantial constitutional question. Allowed. Petition denied.